LARRY SILBERBERG, as Trustee under Agreement between FLO LUXENBERG
and Others, Respondent, v. RUTH LIPTON, as Executrix of CONRAD LIPTON,
Deceased, et al., Appellants, et al., Defendants.—

All relevant books, papers and documents are to be produced on the examination. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.